DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

APPERSON v. R. W. WILKINS

No. 763P85.

Case below: 77 N.C. App. 844.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 March 1986.

BEAM v. MORROW, SEC. OF HUMAN RESOURCES

No. 781P85.

Case below: 77 N.C. App. 800.

Petition by several defendants for discretionary review under G.S. 7A-31 denied 5 March 1986.

BIGGERS BROTHERS v. BROOKS, COMM. LAB.

No. 754P85.

Case below: 77 N.C. App. 459.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 18 February 1986.

BLACKMAN v. STEVENS

No. 48P86.

Case below: 76 N.C. App. 542.

Petition by plaintiffs for writ of certiorari to the North Carolina Court of Appeals denied 5 March 1986.

BRANCH BANKING AND TRUST CO. v.
KENYON INVESTMENT CORP.

No. 500PA85.

Case below: 76 N.C. App. 1.

Motion by several defendants to withdraw appeal allowed 20 March 1986.